```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
CHINA NATIONAL CHARTERING CORP.,            :
                            Plaintiff,      :
                                            :     08 Civ. 9557 (DLC)
            -v-                             :
                                            :         ORDER
HEBEI SHENGLUN I/E CORP., LTD,              :
                            Defendant.      :
                                            :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09

DENISE COTE, District Judge:

On November 10, 2008, a maritime attachment was issued. Accordingly, it is hereby

ORDERED that plaintiff shall show cause by October 16, 2009: why the attachment should not be vacated, with the exception of funds that plaintiff has already attached; why garnishees should not be so informed promptly; and why any attached funds should not be placed in the Court's Registry by November 6, 2009.

SO ORDERED:

Dated:   New York, New York
         October 5, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge